# Third District Court of Appeal

## State of Florida

Opinion filed September 29, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-1356
Lower Tribunal No. 20-2111

————————————

**Janiel Rodriguez,**
Appellant,

vs.

**Grand Havana Master, LLC,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Law Office of Alan I. Karten, PLLC, and Alan I. Karten (Boynton Beach), for appellant.

Jonathan D. Leinwand, P.A., and Jonathan D. Leinwand and Marchello Beriy, for appellee.

Before FERNANDEZ, C.J., and SCALES and HENDON, JJ.

PER CURIAM.

Affirmed. <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").